THOMAS CLARK, Sr., Respondent, *v.* THE CENTRAL PARK, NORTH AND EAST RIVER RAILROAD COMPANY, Appellant.

(Argued January 20, 1879 ; decided January 28, 1879.)

*W. Bookstaver* for appellant.

*William Allan* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.